

*New York*
One Grand Central Place
60 East 42nd St., 46th Floor
New York, NY 10165
p. (646) 459-7971
f.  (646) 459-7973

*New Jersey*
375 Passaic Ave., Ste. 100
Fairfield, NJ 07004
p. (973) 227-5900
f.  (973) 244-0019

Joseph K. Jones, Esq.††
Benjamin J. Wolf, Esq.††
Anand A. Kapasi, Esq.†
Paul Gottleib, Of Counsel

††Admitted NY, NJ, CT
†Admitted NY, NJ

https://legaljones.com

*Reply to:  New York*

April 1, 2022

ELECTRONICALLY FILED

Hon. James L. Cott, USMJ
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

          **Re:**    **William Rafael Rosa et al. v Rubin & Rothman, LLC et al.**
                   **1:21-cv-10570 (LAK)**

Your Honor:

      In accordance with the Court's March 25, 2022 Order, I write on behalf of Plaintiff and the putative class, *on consent*, to request a settlement conference with Your Honor. [ECF No. 20] To that end, the parties respectfully request until Wednesday, April 6, 2022 to provide the Court with mutually convenient dates for the Conference.

      Should you have any further questions, please do not hesitate to contact me.

                                Respectfully submitted,
                                JONES, WOLF & KAPASI, LLC

                                */s/ Benjamin J. Wolf*
                                Benjamin J. Wolf, Esq.
                                bwolf@legaljones.com

Cc: Adam M. Marshall, Esq. (*via* ECF)