UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
William Rafael Rosa,

        Plaintiff,        21-CV-10570 (LAK)(JLC)

  v.

Rubin & Rothman LLC, et al.,

        Defendants.
------------------------------x

## ORDER

        Magistrate Judge Cott has informed the Court that the parties have reached a settlement. Accordingly, the case is dismissed with prejudice and without costs subject to right to reinstate by serving and filing a notice to that effect on or before May 31, 2022, if the settlement has not been consummated by then.

        SO ORDERED.

Dated:    April 29, 2022

                                  /s/
                              _____
                                Lewis A. Kaplan
                         United States District Judge