UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - x

William Rafael Rosa,

            Plaintiff,

v.

Rubin & Rothman LLC, et al.,

            Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - x

21-CV-10570 (LAK)(JLC)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5-3-22

## ORDER

          Magistrate Judge Cott has informed the Court that the parties have reached a settlement. Accordingly, the case is dismissed with prejudice and without costs subject to right to reinstate by serving and filing a notice to that effect on or before May 31, 2022, if the settlement has not been consummated by then.

          SO ORDERED.

Dated:     April 29, 2022

/s/

Lewis A. Kaplan
United States District Judge